# Violation Notice

| | | |
|---|---|---|
| Violation Number: R 3163052 | Officer Name (Print): JASON R Shreve SRA USAF | Officer No: 1183 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☒ USC ☐ State Code |
|---|---|
| 01/16/2007 1645 | Title 18 Section 661 |

Place of Offense: Walsh Construction Site, 8th Street Dover AFB, 19902

Offense Description: Theft of Personal Property

R 3163052

## DEFENDANT INFORMATION

| Last Name | First Name | MI |
|---|---|---|
| Crawford | Lorin | R |

| Street Address | | | |
|---|---|---|---|
| | | | Phone (302) |

| City | State | Zip Code | |
|---|---|---|---|
| Townsend | DE | | |

| Drivers License No | D L State | Social Security No | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| | PA | -7139 | 1960 |

| ☒ Adult ☐ Juvenile | Sex ☒ Male ☐ Female | Hair Brown | Eyes Brown | Height 5'6" | Weight 163 |
|---|---|---|---|---|---|

## VEHICLE DESCRIPTION

| Tag No | State | VIN | Year | Make/Model | Color |
|---|---|---|---|---|---|
| | PA | | 1997 | Ford Ranger | Green |

**A** ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

**B** ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

PAY THIS AMOUNT →

| $ | Forfeiture Amount |
| + $25 | Processing Fee |
| $ | Total Collateral Due |

**YOUR COURT DATE**

| Court Address: The Federal Building, US District Court, 844 King Street, Wilmington DE, 19850 | Date (mm/dd/yyyy) | Time (hh:mm) |
|---|---|---|

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: [signature]

**REDACTED**

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 16 Jan, 20 07 while exercising my duties as a law enforcement officer in the Kent County District of Delaware

Your honor, on 16 Jan 2007 Lorin Crawford was found stealing a yellow DeWalt portable radio by one of his co-workers. his co-worker notified SFcc, we then possessed Mr. Crawford

The foregoing statement is based upon:
my personal observation _X_ my personal investigation
information supplied to me from my fellow officer's observation
other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on 01/16/2007  [signature]
Date (mm/dd/yyyy)        Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on _____ _____
Date (mm/dd/yyyy)   U S Magistrate Judge

CVR Scan 3/2/2007 11:33:50