IN THE UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA :

    Plaintiff, :

    v. :   VIOLATION NOTICE NO. _R3163052_

_LORIN R. Crawford_ :   _07-133M_

    Defendant. :

### MOTION AND ORDER TO DISMISS

NOW COMES the United States of America, by its attorney, Colm F. Connolly, United States Attorney for the District of Delaware, and moves for the dismissal of the charges, with prejudice, in the above captioned case for _Lorin R. Crawford_ .

COLM F. CONNOLLY
United States Attorney

BY: _____
NICHOLAS D. CARTER, Captain, USAF
Special Assistant United States Attorney

DATE: November 14, 2007

IT IS SO ORDERED this _14th_ day of _November_ 2007.

FILED
NOV 14 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_____
HONORABLE LEONARD P. STARK
United States Magistrate Judge